UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROSS D. LEVAY,

       Plaintiff,                                        Case No. 1:22-cv-10120

v.                                                    Honorable Thomas L. Ludington
                                                      United States District Judge
UNITED STATES OF AMERICA,

                                                      Honorable Patricia T. Morris
       Defendant.                                    United States Magistrate Judge
_____/

**ORDER DIRECTING DEFENDANT TO RESPOND TO COMPLAINT**

On January 20, 2022, Plaintiff Ross D. LeVay filed a *pro se* complaint against the United States, seeking injunctive relief under 42 U.S.C. § 1983 and impeachment of the undersigned under the Good Behavior Clause of the United States Constitution. ECF No. 1. On January 31, 2022, Plaintiff filed a *pro se* motion to disqualify the undersigned, Magistrate Judge Patricia T. Morris, and District Judge Laurie J. Michelson from this case. ECF No. 5.

The Government has not yet addressed Plaintiff's Complaint or Motion. For that reason and to ensure the Complaint and Motion are fully briefed on their merits, the Government will be directed to respond to both.

Accordingly, it is **ORDERED** that the Government is **DIRECTED** to respond to Plaintiff's Complaint, ECF No. 1, and to Plaintiff's Motion to Disqualify, ECF No. 5. The Government must file its brief, which may be no longer than 25 pages, **on before March 7, 2022**.

      Dated: February 24, 2022                           s/Thomas L. Ludington
                                                               THOMAS L. LUDINGTON
                                                               United States District Judge